

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2018

No. 04-18-00613-CV

**IN THE INTEREST A. T., A CHILD**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01707
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal from a trial court's order terminating appellant's parental rights. Appellant's brief was due October 15, 2018. Appellant has filed a motion for extension of time asking for an additional fourteen days in which to file appellant's brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file her brief in this court **on or before October 29, 2018**.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court